# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2020

161566 & (7)(13)(14)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

WAYNE COUNTY JAIL INMATES,
    Plaintiffs-Appellants,

v

WILLIAM LUCAS as WAYNE COUNTY
SHERIFF, WAYNE COUNTY COMMISSION,
and WAYNE COUNTY EXECUTIVE,
    Defendants-Appellees.

SC: 161566
COA: 354075
Wayne CC: 71-173217-CZ

_____/

    On order of the Court, the motion for immediate consideration and the motions to file briefs amicus curiae are GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2020



Clerk

a0714